FILED

2015 SEP 18 AM 9: 14

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:15-cv-00600-LY |
| BVR, LLC, | § § | **JURY DEMANDED** |
| Defendant. | § § | |

## CONSENT JUDGMENT

The parties having agreed to the entry of this Consent Judgment finally disposing of this action, the Court hereby enters the following findings of fact and conclusions of law:

1.      The Board of Regents of The University of Texas System ("Plaintiff") is a state agency with its principal office at 201 West 7th Street, Austin, Texas 78701.

2.      BVR, LLC ("Defendant") is a California limited liability company with a principal place of business at 114 Ardmore Drive, San Gabriel, California 91775.

3.      This Court has jurisdiction over the subject matter of this action pursuant to Section 39 of the Lanham Act, 15 U.S.C. § 1121, and Chapter 85 of the Judiciary and Judicial Procedure Code, 28 U.S.C. §§ 1331 and 1338, and has supplemental jurisdiction over the state law claims under 28 U.S.C. § 1367(a).

4.      Plaintiff operates a system of world class universities and related institutions throughout the state of Texas, including The University of Texas M.D. Anderson Cancer Center ("MD Anderson") in Houston.

Case 1:15-cv-00600-LY    Document 10    Filed 09/16/15    Page 2 of 6

5.      Established over seventy years ago, MD Anderson is the largest freestanding cancer center in the world and one of the world's most respected centers devoted exclusively to cancer patient care, research, education, and prevention. MD Anderson is one of the nation's original three comprehensive cancer centers designated by the National Cancer Act of 1971, and has ranked as one of the top two hospitals in cancer care every year since 1990.

6.      Since opening its doors, MD Anderson has treated more than 900,000 patients, including more than 127,000 in 2014 alone. MD Anderson ranks first in the nation in the number of grant funds given by the National Cancer Institute. In the previous fiscal year, MD Anderson invested more than $735 million in research and trained over 6,400 physicians, scientists, nurses, and allied health professionals.

7.      For nearly 15 years, MD Anderson has used the mark CANCERWISE in commerce nationwide in connection with interactive online educational services, including providing social media services and web journals featuring commentaries and information for others in the fields of cancer and cancer prevention.

8.      MD Anderson has developed substantial goodwill in the CANCERWISE mark. The mark is respected by the public, and represents the institution's commitment to providing world-class medical, educational, and support services.

9.      As a result of MD Anderson's long use and promotion of the CANCERWISE mark, the CANCERWISE mark has become distinctive to designate MD Anderson, to distinguish the institution and its services from those of others, and to distinguish the source or origin of MD Anderson's services. As a result of these efforts by MD Anderson, the consuming public recognizes and associates the CANCERWISE mark with MD Anderson.

Case 1:15-cv-00600-LY   Document 10   Filed 09/16/15   Page 3 of 6

10.     As a result of MD Anderson's long use and promotion of the CANCERWISE mark, the institution has acquired valuable common law rights in the CANCERWISE mark.

11.     Plaintiff applied to register the CANCERWISE mark, U.S. Ser. No. 86/487,568 ("Plaintiff's Application"), with the United States Patent and Trademark Office (the "USPTO") on December 22, 2014.

12.     Subsequent to Plaintiff's use of, and acquisition of strong common law rights in, the CANCERWISE mark, Defendant began promoting patient support services, social networking services, and related mobile applications under the marks CANCERWISE and CANCERWISE EMPOWERING PATIENTS & Design (shown below) (collectively, "Defendant's Marks").

**c⊗ncer*Wise***
EMPOWERING PATIENTS

13.     In addition, Defendant applied to register the CANCERWISE EMPOWERING PATIENTS & Design mark (shown above), U.S. Serial No. 86/382,447 ("Defendant's Application"), with the USPTO on September 2, 2014.

14.     Defendant is not affiliated with or sponsored by MD Anderson, and has not been authorized by the institution to use or register the CANCERWISE mark or any confusingly similar mark.

15.     Based on common law rights, Defendant has infringed Plaintiff's CANCERWISE mark in interstate commerce, without permission or authority from Plaintiff, by promoting and offering unauthorized services under Defendant's Marks.

Case 1:15-cv-00600-LY    Document 10    Filed 09/16/15    Page 4 of 6

16.    Defendant's acts are likely to cause confusion or mistake, or to deceive as to Defendant's affiliation, connection, or association with Plaintiff, or as to the origin, sponsorship, or approval of Defendant's services.

17.    Defendant's acts constitute trademark infringement and unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and the common law of the State of Texas.

18.    Defendant obtained a benefit from Plaintiff by virtue of its activities and gained undue advantage resulting from use of Defendant's Marks that infringe Plaintiff's rights.

19.    Defendant's aforesaid acts constitute unjust enrichment in violation of the common law of the State of Texas.

20.    An Order of this Court enjoining these infringing acts is necessary to prevent Plaintiff from suffering irreparable injury and substantial loss of goodwill and reputation.

Accordingly, it is hereby **ORDERED** that:

(a)    Defendant, its officers, agents, servants, employees, attorneys, affiliates, subsidiaries, and parents, and all other persons who are in active concert or participation with any of them, are permanently enjoined and restrained from the following activities:

    (i)    using Defendant's Marks, the word "Cancerwise" in any mark, or any other mark that is confusingly similar to Plaintiff's mark CANCERWISE;

    (ii)    making any attempt to retain any part of the goodwill misappropriated from Plaintiff; and

    (iii)    opposing or otherwise interfering with Plaintiff's registration of Plaintiff's Application;

(b)    The injunction granted in this Order shall take effect on October 1, 2015;

Case 1:15-cv-00600-LY   Document 10   Filed 09/16/15   Page 5 of 6

(c)     Because Plaintiff has priority in its CANCERWISE mark, as between Plaintiff and Defendant, Plaintiff's Application is entitled to registration;

(d)     Defendant will file a Request for Express Abandonment (Withdrawal) of Defendant's Application with the USPTO;

(e)     This Consent Judgment is binding upon the parties, their heirs, successors, and assigns;

(f)     This is a final judgment, and each party waives all rights to appeal from such final judgment;

(g)     This Court will retain jurisdiction over this Consent Judgment for the purpose of resolving any disputes arising from or under the terms of this Consent Judgment, and any violation of this Order will be punishable as a contempt of Court, in addition to any and all other remedies available at law or in equity; and

(h)     Should Defendant violate the terms of this Consent Judgment, Defendant will be liable for attorneys' fees related to the enforcement of the same.

SIGNED ▮▮▮▮ this ⟨8th⟩ day of ⟨September⟩ 15.

_____
UNITED STATES DISTRICT JUDGE

**AGREED AND ENTRY REQUESTED:**

_____        _____
Louis T. Pirkey                         Walter B. Batt
State Bar No. 16033000                  Admitted Pro Hac Vice
lpirkey@pirkeybarber.com                walter.batt@gmail.com

-5-

Jered E. Matthysse
State Bar No. 24072226
jmatthysse@pirkeybarber.com

Pirkey Barber PLLC
600 Congress Avenue, Suite 2120
Austin, TX  78701
Telephone: (512) 322-5200
Fax: (512) 322-5201

*Attorneys for Plaintiff*

Batt Law Group, P.C.
11111 Santa Monice Boulevard, Suite 100
Los Angeles, CA  90025
Telephone: (213) 215-7939
Fax: (213) 608-1895

*Attorney for Defendant*